In re Green, John W., Ill; Kissner, Joyce Green; Salles, Julie K.; Duplantis, Deborah; Duplantis, Morice J., Dr.; Montgomery, Sybil Chauvin; Moore, Faye Chauvin; Flynn, Johnnie Belle Chauvin; Chauvin, Sidney Thomas; Lowe, Suzette Chauvin; Hicks, Linda Chauvin; Clark, Calvin Dwight; Gre-goire, Hazel Worsham; Smith, Neva W.; Thomas, Emmett H., Jr.; Settoon, Dan; Worsham, Geraldine; Worsham, Marcile Dockrey; Beatty, Patrick 0.; Talley, Amy Clark Stovall; Clark, Calvin Ellis; Kilroy, Joy M.; Brickley, Mercedes; Morgan, Donald H.; Vavasseur, Marjorie Worsham; Dobbs, Ertith G.; Cariere, Nathan L., Jr.; Duckworth, Howard Trust; Fairchild, Shirley Duckworth; Fairchild, Amos; Slater, Wayne R.; Fairchild, Helen Y.; Tully, Thomas N., Jr.; Slater, Ellen Nadine; Slater, Mark Stephen; Tully, Donna R. Fairchild; Tully, Tamara Nadine; Fairchild, Kenneth L.; Pipes, Donald G.; Pipes, Donald Barry; Pipes, Jeune Tressler; Pipes, William Windsor; Smith, Levern Lorio; Seely, Gloria R.; Brown, Penny Sue Fairchild; Adams, Kathleen Jyl Fairchild; Green, Sandra Anne Fair-child; Devers, Lawrence Nell Chauvin; McArty, Juanita H. Chauvin; Embrey, George Lowell; Chauvin, Harry Eugene Austin; Chauvin, Nell Irene; Chauvin, Wal *772 ton A.; Rich, Priscilla G.; Coenen, Lucille A.; Spaht, Loretta A.; Spaht, Carlos G.; Stevens, Evelyn Wright; — Plaintiffs); applying for writ of certiorari and/or review; Parish of Pointe Coupee, 18th Judicial District Court, Div. “C”, No. 27,224; to the Court of Appeal, First Circuit, No. CW96 0229.
Denied.
BLEICH, J., would grant the writ.
JOHNSON, J., not on panel.